**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KENNETH SPENGEL § Case No. 11-04992
CAROL SPENGEL §
§
_____ Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN           , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 8/16/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____    By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KENNETH SPENGEL | § | Case No. 11-04992 |
| CAROL SPENGEL | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 23,993.06 |
| and approved disbursements of | $ | 339.23 |
| leaving a balance on hand of[1] | $ | 23,653.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 3,149.31 | $ 0.00 | $ 3,149.31 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 1,656.00 | $ 0.00 | $ 1,656.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,805.31 |
| Remaining Balance | $ | 18,848.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,709.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAUNITED BANK AND TRUST COMPAN | $ 27,469.72 | $ 0.00 | $ 7,883.87 |
| 2 | N. A. CHASE BANK USA | $ 17,278.37 | $ 0.00 | $ 4,958.93 |
| 3 | N. A. CHASE BANK USA | $ 6,535.18 | $ 0.00 | $ 1,875.61 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 9,567.10 | $ 0.00 | $ 2,745.78 |
| 5 | US BANK N. A. | $ 4,859.01 | $ 0.00 | $ 1,394.54 |

Total to be paid to timely general unsecured creditors    $    18,858.73
Remaining Balance    $    -10.21

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL  60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kenneth Spengel  
Carol Spengel  
    Debtors

Case No. 11-04992-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: vrowe　　　Page 1 of 2　　　Date Rcvd: Jul 24, 2013  
　　　　　　　　　　　Form ID: pdf006　　Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2013.

```
db/jdb        +Kenneth Spengel,    Carol Spengel,    1002 Dorset,    Wheaton, IL 60189-8124
16792787      +AmericaUnited Bank and Trust Company USA,    321 West Golf Road,    Schaumburg, Illinois 60196-1085
16792783      +American Express Card Services,    PO Box 0001,    Los Angeles, California 90096-8000
18462321       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16792774       BAC Home Loans Servicing, LP,    PO Box 650070,    Dallas, TX 75265-0070
16792775     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    PO Box 9001921,    Louisville, KY 40290.1921)
16792781      +Charlotte Parker,    1750 North Washington Street,    Naperville, IL 60563-1335
16792779      +Chase Bank,    PO Box 33035,    Louisville, KY 40232-3035
18402426       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16792780       Citibank (Citi Cards),    P.O. Box 183051,    Columbus, OH 43218-3051
16792785      +Danada Square, LLC,    c/o American Realty Advisors,    801 North Brand Boulevard, Suite 800,
               Glendale, California 91203-3237
16792784      +Edgemark Asset Management LLC,    2215 York Road, Ste. 503,    Oak Brook, IL 60523-1590
16792777      +James Hughes Jr.,    975 East 22nd Street,    Wheaton, IL 60189-7770
16792776      +James Hughes Sr.,    975 East 22nd Street,    Wheaton, IL 60189-7770
16792778      +John Kulczewski,    975 East 22nd Street,    Wheaton, IL 60189-7770
16792786     #+Prudential Real Estate Affiliates, Inc.,    c/o Patricia (Patti) Mansur-Brown,
               3333 Michelson Drive,Suite 1000,    Irvine, California 92612-1690
16792788      +Spengel Realty, Inc.,    145 Danada Square East,    Wheaton, Illinois 60189-2008
18540879     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            David R. Brown,    Springer, Brown, Covey, Gaertner & Davis
16792782*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790408,    St. Louis, MO 63179)
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: vrowe              Page 2 of 2            Date Rcvd: Jul 24, 2013
                              Form ID: pdf006          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2013 at the address(es) listed below:
        David  Brown, ESQ   on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        David R Brown, ESQ    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Edward P. Graham    on behalf of Debtor Kenneth  Spengel amrechenmacher@graham-law.com
        Edward P. Graham    on behalf of Joint Debtor Carol  Spengel amrechenmacher@graham-law.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                              TOTAL: 5