UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KENNETH SPENGEL § Case No. 11-04992
CAROL SPENGEL §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DAVID R. BROWN_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R Brown | | | | | |
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| | | | | | |
| Congressional Bank | | | | | |
| The Bank of New York Mellon | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAUNITED BANK AND TRUST COMPAN | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 3 | N. A. CHASE BANK USA | | | | | |
| 2 | N. A. CHASE BANK USA | | | | | |
| 5 | US BANK N. A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-04992 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| Case Name: | KENNETH SPENGEL | | | | Date Filed (f) or Converted (c): | 02/09/2011 (f) |
| | CAROL SPENGEL | | | | 341(a) Meeting Date: | 04/05/2011 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence | 408,500.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 900.00 | 900.00 | | 500.00 | FA |
| 3. BANK ACCOUNTS | 2,064.49 | 2,064.49 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,900.00 | 5,000.00 | | 500.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Photography Equipment | 100.00 | 100.00 | | 0.00 | FA |
| 8. INTERESTS IN INSURANCE POLICIES | 30,669.00 | 0.00 | | 0.00 | FA |
| 9. Prudential Stock | 4,747.68 | 3,500.00 | | 3,993.06 | FA |
| 10. 2005 Jaguar | 9,200.00 | 800.00 | | 500.00 | FA |
| 11. 2005 Chrysler 300 | 10,500.00 | 8,100.00 | | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $473,581.17   $20,464.49   $8,993.06   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is still collecting balance of payments due from Debtors.

Initial Projected Date of Final Report (TFR): 03/01/2013   Current Projected Date of Final Report (TFR): 03/01/2013

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-04992  
Case Name: KENNETH SPENGEL  
CAROL SPENGEL  
Taxpayer ID No: XX-XXX0113  
For Period Ending: 09/23/2013

Trustee Name: DAVID R. BROWN  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX1531  
Money Market Account (Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/11 | | SPENGEL, KENNETH J. | | 1129-000 | $14,000.00 | | $14,000.00 |
| 08/12/11 | 9 | PRUDENTIAL Computershare Trust CompanyPO Box 43033Providence, RI 02940 | | 1129-000 | $3,993.06 | | $17,993.06 |
| 08/18/11 | | (DEBTOR), KENNETH J. SPENGEL | | 1129-000 | $500.00 | | $18,493.06 |
| 09/20/11 | 2 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $18,993.06 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $39.33 | $18,953.73 |
| 10/28/11 | 4 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $19,453.73 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $44.25 | $19,409.48 |
| 11/17/11 | 11 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $19,909.48 |
| 12/16/11 | 11 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $20,409.48 |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $44.25 | $20,365.23 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $46.71 | $20,318.52 |
| 01/19/12 | 10 | SPENGEL, KENNETH | | 1129-000 | $500.00 | | $20,818.52 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $49.17 | $20,769.35 |
| 02/03/12 | | Transfer to Acct # XXXXXX5635 | Bank Funds Transfer | 9999-000 | | $20,769.35 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,993.06 | $20,993.06 |
| Less: Bank Transfers/CD's | $0.00 | $20,769.35 |
| Subtotal | $20,993.06 | $223.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $20,993.06 | $20,993.06 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Net $20,995.00   $223.71

Exhibit 9

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-04992 | Trustee Name: | DAVID R. BROWN |
| Case Name: KENNETH SPENGEL | Bank Name: | Congressional Bank |
| CAROL SPENGEL | Account Number/CD#: | XXXXXX5635 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX0113 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1531 | Bank Funds Transfer | 9999-000 | $20,769.35 | | $20,769.35 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $13.00 | $20,756.35 |
| 02/21/12 | 11 | SPENGEL, KENNETH J | | 1129-000 | $500.00 | | $21,256.35 |
| 03/23/12 | 11 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $21,756.35 |
| 04/23/12 | 11 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $22,256.35 |
| 05/21/12 | 11 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $22,756.35 |
| 06/29/12 | | SPENGEL, KENNETH J. PNC Cashiers check | | 1129-000 | $500.00 | | $23,256.35 |
| 07/23/12 | 11 | SPENGEL, KENNETH J. | | 1129-000 | $500.00 | | $23,756.35 |
| 02/13/13 | 1002 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond no. 016026455 | 2300-000 | | $20.00 | $23,736.35 |
| 03/08/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $22.77 | $23,713.58 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $25.18 | $23,688.40 |
| 05/09/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | | 2600-000 | | $24.36 | $23,664.04 |
| 05/22/13 | | Transfer to Acct # xxxxxx7368 | Transfer of Funds | 9999-000 | | $23,664.04 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,769.35 | $23,769.35 |
| Less: Bank Transfers/CD's | $20,769.35 | $23,664.04 |
| Page Subtotals: | $23,769.35 | $23,769.35 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

|  | | |
|---|---:|---:|
| Subtotal | $3,000.00 | $105.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $105.31 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-04992 | Trustee Name: | DAVID R. BROWN |
| Case Name: | KENNETH SPENGEL | Bank Name: | The Bank of New York Mellon |
| | CAROL SPENGEL | Account Number/CD#: | XXXXXX7368 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0113 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx5635 | Transfer of Funds | 9999-000 | $23,664.04 | | $23,664.04 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.21 | $23,653.83 |
| 08/21/13 | 3003 | AMERICAUNITED BANK AND TRUST COMPAN<br>321 West Golf Road<br>Schaumburg, Illinois 60196 | Final Distribution Reversal totally wrong entry | | | ($22,313.74) | $45,967.57 |
| | | AMERICAUNITED BANK AND TRUST COMPAN | $7,879.63 | 7100-003 | | | |
| | | N. A. CHASE BANK USA | $4,956.23 | 7100-003 | | | |
| | | N. A. CHASE BANK USA | $1,874.59 | 7100-003 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | $2,744.28 | 7100-003 | | | |
| | | US BANK N. A. | $4,859.01 | 7100-003 | | | |
| 08/21/13 | 3001 | David R Brown<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | trustee fee | 2100-000 | | $3,149.31 | $42,818.26 |
| 08/21/13 | 3002 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final fees | 3110-000 | | $1,656.00 | $41,162.26 |
| 08/21/13 | 3003 | AMERICAUNITED BANK AND TRUST COMPAN<br>321 West Golf Road<br>Schaumburg, Illinois 60196 | Final Distribution | | | $22,313.74 | $18,848.52 |
| | | AMERICAUNITED BANK AND TRUST COMPAN | ($7,879.63) | 7100-003 | | | |
| | | N. A. CHASE BANK USA | ($4,956.23) | 7100-003 | | | |
| | | N. A. CHASE BANK USA | ($1,874.59) | 7100-003 | | | |

Page Subtotals: $23,664.04 $4,815.52

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-04992 | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | KENNETH SPENGEL | Bank Name: | The Bank of New York Mellon |
| | CAROL SPENGEL | Account Number/CD#: | XXXXXX7368 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0113 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | AMERICAN EXPRESS CENTURION BANK | ($2,744.28) | 7100-003 | | | |
| | | US BANK N. A. | ($4,859.01) | 7100-003 | | | |
| 08/21/13 | 3004 | AMERICA UNITED BANK AND TRUST COMPAN<br>321 West Golf Road<br>Schaumburg, Illinois  60196 | Final Distribution | 7100-000 | | $7,879.63 | $10,968.89 |
| 08/21/13 | 3005 | N. A. CHASE BANK USA<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final Distribution | 7100-000 | | $4,956.23 | $6,012.66 |
| 08/21/13 | 3006 | N. A. CHASE BANK USA<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final Distribution | 7100-000 | | $1,874.59 | $4,138.07 |
| 08/21/13 | 3007 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final Distribution | 7100-000 | | $2,744.28 | $1,393.79 |
| 08/21/13 | 3008 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Final Distribution | 7100-000 | | $1,393.79 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,664.04 | $23,664.04 |
| Less: Bank Transfers/CD's | $23,664.04 | $0.00 |
| Subtotal | $0.00 | $23,664.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $23,664.04 |

Page Subtotals: $0.00  $18,848.52

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1531 - Money Market Account (Interest Earn | $20,993.06 | $223.71 | $0.00 |
| XXXXXX5635 - Checking Account | $3,000.00 | $105.31 | $0.00 |
| XXXXXX7368 - Checking | $0.00 | $23,664.04 | $0.00 |
| | $23,993.06 | $23,993.06 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,993.06 |
| Total Gross Receipts: | $23,993.06 |

Page Subtotals:    $0.00    $0.00